550 A.2d 196

**COMMONWEALTH of Pennsylvania**

v.

**George HAGERTY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1988.

Decided Nov. 14, 1988.

Reargument Denied Dec. 23, 1988.

John W. Packel, Chief, Appeals Div., Jeffrey P. Shender, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Philadelphia, Hugh J. Burns, Upper Darby, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

62

## ORDER

PER CURIAM:
ORDER AFFIRMED.